| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Marcus DL Curry <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–8353 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 7   9/2/21 |
| Case number: | 21–10276 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marcus DL Curry | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1798 Sessions Walk <br> Hoffman Est, IL 60169 | |
| 4. | **Debtor's attorney** <br> Name and address | Yisroel Y Moskovits <br> The Semrad Law Firm, LLC <br> 20 S. Clark St. <br> 28th Floor <br> Chicago, IL 60603 | Contact phone (312) 256–8515 <br><br> Email: imoskovits@semradlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | R. Scott Alsterda <br> Nixon Peabody LLP <br> 70 West Madison Street <br> Suite 3500 <br> Chicago, IL 60602 | Contact phone 312 977–9203 <br><br> Email: rsalsterda@nixonpeabody.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Marcus DL Curry**            Case number **21–10276**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 9/3/21 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 30, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**Appear by VIDEO. See details, www.justice.gov/ust–regions–r11, Click: Chicago, Illinois Office** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/29/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 21-10276-TAB
Marcus DL Curry Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2
Date Rcvd: Sep 03, 2021      Form ID: 309A      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus DL Curry, 1798 Sessions Walk, Hoffman Est, IL 60169-6814 |
| 29486831 | + | Bill (landlord), 1798 Sessions Walk, Hoffman Estates Illinois 60169-6814 |
| 29485837 | + | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 29485833 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 29485834 | | CONSUMER ADJ, 1671 LARKIN, FENTON, MO 63026 |
| 29485835 | + | TOTAL VISA/TBOM/VT, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 29485825 | + | Usdoe/Glelsi, P.O. Box 8973, Attn: Mary Moua, Madison, WI 53708-8973 |
| 29485831 | + | Wakefield, 10800 E Bethany Dr Suite 450, Aurora, CO 80014-2697 |
| 29485826 | + | Windham Professionals, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: imoskovits@semradlaw.com | Sep 03 2021 22:07:00 | Yisroel Y Moskovits, The Semrad Law Firm, LLC, 20 S. Clark St., 28th Floor, Chicago, IL 60603 |
| tr | + | EDI: QRSALSTERDA.COM | Sep 04 2021 02:03:00 | R. Scott Alsterda, Nixon Peabody LLP, 70 West Madison Street, Suite 3500, Chicago, IL 60602-4224 |
| 29485829 | + | EDI: CAPITALONE.COM | Sep 04 2021 02:03:00 | Capital One, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 29485840 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Sep 03 2021 22:07:00 | Comed, 3 Lincoln Center, Bankruptcy Section, Oakbrook Terrace, IL 60181-4204 |
| 29485828 | + | EDI: CMIGROUP.COM | Sep 04 2021 02:03:00 | Credit Mgmt, 4200 INTERNATIONAL, CARROLLTON, TX 75007-1912 |
| 29485827 | + | EDI: JEFFERSONCAP.COM | Sep 04 2021 02:03:00 | First Premier Bank, PO Box 7999, c/o Stephen Dirksen, Saint Cloud, MN 56302-7999 |
| 29485838 | | Email/Text: rev.bankruptcy@illinois.gov | Sep 03 2021 22:07:00 | Idor-Bankruptcy Section, P.O. Box 19035, C/O Bankruptcy Unit, Springfield, IL 62794 |
| 29485839 | + | EDI: IRS.COM | Sep 04 2021 02:03:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29485830 | + | EDI: MID8.COM | Sep 04 2021 02:03:00 | Midland Cred, PO Box 939069, San Diego, CA 92193-9069 |
| 29485836 | + | EDI: DRIV.COM | Sep 04 2021 02:03:00 | Santander Consumer Usa, PO Box 961245, Attn: Abel Marin, Fort Worth, TX 76161-0244 |
| 29485824 | + | EDI: VERIZONCOMB.COM | Sep 04 2021 02:03:00 | Verizon, 455 Duke Drive, Franklin, TN |

Case 21-10276 Doc 9 Filed 09/05/21 Entered 09/05/21 23:08:59 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 03, 2021 | Form ID: 309A | Total Noticed: 20 |

37067-2701

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29485832 | ##+ | Sezzle, 1516 West Lake St, Minneapolis, MN 55408-6602 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com ralsterda@ecf.axosfs.com |
| Yisroel Y Moskovits | on behalf of Debtor 1 Marcus DL Curry imoskovits@semradlaw.com ilnb.courtview@SLFCourtview.com |

TOTAL: 3