Case 21-10276   Doc 16   Filed 12/02/21   Entered 12/02/21 23:14:54   Desc Imaged
                        Certificate of Notice   Page 1 of 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marcus DL Curry | Social Security number or ITIN  xxx–xx–8353 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 21–10276 | |

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marcus DL Curry

November 30, 2021                              **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                                   United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 21-10276-TAB
Marcus DL Curry Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2
Date Rcvd: Nov 30, 2021     Form ID: 318     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus DL Curry, 1798 Sessions Walk, Hoffman Est, IL 60169-6814 |
| 29486831 | + | Bill (landlord), 1798 Sessions Walk, Hoffman Estates Illinois 60169-6814 |
| 29485837 | + | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 29485833 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 29485834 | | CONSUMER ADJ, 1671 LARKIN, FENTON, MO 63026 |
| 29485835 | + | TOTAL VISA/TBOM/VT, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 29485825 | + | Usdoe/Glelsi, P.O. Box 8973, Attn: Mary Moua, Madison, WI 53708-8973 |
| 29485826 | + | Windham Professionals, PO Box 1048, Salem, NH 03079-1048 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QRSALSTERDA.COM | Dec 01 2021 03:28:00 | R. Scott Alsterda, R. Scott Alsterda, Ch. 7 Trustee, Nixon Peabody, 70 W. Madison, Suite 5200, Chicago, IL 60602-4283 |
| 29485829 | + | EDI: CAPITALONE.COM | Dec 01 2021 03:28:00 | Capital One, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 29485840 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 30 2021 22:30:00 | Comed, 3 Lincoln Center, Bankruptcy Section, Oakbrook Terrace, IL 60181-4204 |
| 29485828 | + | EDI: CMIGROUP.COM | Dec 01 2021 03:28:00 | Credit Mgmt, 4200 INTERNATIONAL, CARROLLTON, TX 75007-1912 |
| 29485827 | + | EDI: JEFFERSONCAP.COM | Dec 01 2021 03:28:00 | First Premier Bank, PO Box 7999, c/o Stephen Dirksen, Saint Cloud, MN 56302-7999 |
| 29485838 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 30 2021 22:30:00 | Idor-Bankruptcy Section, P.O. Box 19035, C/O Bankruptcy Unit, Springfield, IL 62794 |
| 29485839 | + | EDI: IRS.COM | Dec 01 2021 03:28:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29485830 | + | EDI: MID8.COM | Dec 01 2021 03:28:00 | Midland Cred, PO Box 939069, San Diego, CA 92193-9069 |
| 29485836 | + | EDI: DRIV.COM | Dec 01 2021 03:28:00 | Santander Consumer Usa, PO Box 961245, Attn: Abel Marin, Fort Worth, TX 76161-0244 |
| 29485824 | + | EDI: VERIZONCOMB.COM | Dec 01 2021 03:28:00 | Verizon, 455 Duke Drive, Franklin, TN 37067-2701 |
| 29485831 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 30 2021 22:30:00 | Wakefield, 10800 E Bethany Dr Suite 450, Aurora, CO 80014-2697 |

District/off: 0752-1 User: admin Page 2 of 2
Date Rcvd: Nov 30, 2021 Form ID: 318 Total Noticed: 19
TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29485832 | ##+ | Sezzle, 1516 West Lake St, Minneapolis, MN 55408-6602 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy E Donahue | on behalf of Debtor 1 Marcus DL Curry adonahue@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com  ralsterda@ecf.axosfs.com |
| Yisroel Y Moskovits | on behalf of Debtor 1 Marcus DL Curry imoskovits@semradlaw.com  ilnb.courtview@SLFCourtview.com |

TOTAL: 4